THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN DOODY, Respondent, *v.* CHARLES F. BISHOP et al., Appellants.

*People ex rel. Doody* v. *Bishop*, 15 Misc. Rep. 273, affirmed.
(Argued October 3, 1898; decided October 18, 1898.)

APPEAL from an order of the General Term of the late Superior Court of Buffalo, entered December 24, 1895, reversing on certiorari a determination of the board of police commissioners of the city of Buffalo dismissing the relator from the police force and directing his reinstatement.

*William H. Cuddeback* and *Henry W. Killeen* for appellants.

*Frederick Haller* for respondent.

Order affirmed, with costs; no opinion.

All concur.